FILED: July 17, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-4706 (L)

(5:12-cr-00033-RLV-DCK-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JOEY ANTRONE CARROLL

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the government's motion for extension of time to file its response brief, the court defers ruling on the motion pending filing of the brief on or before July 31, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk